UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
-------------------------------------------------------------------------X
INDRANIE SANICHAR

                      Plaintiff(s),

  -against-

THOMAS CLIFTON BEASLEY and APS EXPRESS, INC.,

                    Defendant(s).
-------------------------------------------------------------------------X

**COMPLAINT**

TRIAL BY JURY
REQUESTED

Plaintiff, INDRANIE SANICHAR, as and for her Complaint, by her attorneys, SCHWARTZAPFEL, NOVICK, TRUHOWSKY & MARCUS, P.C., alleges upon information and belief, as follows:

## JURISDICTION

1. This court has jurisdiction over this matter pursuant to 28 U.S.C 1322, 1441 by virtue of diversity of citizenship and because the amount in controversy exceeds seventy-five thousand dollars.

## PARTIES

2. Plaintiff is, and at all time relevant to this action was a resident of Queens County in the State of New York.

3. Defendant, THOMAS CLIFTON BEASLEY, is and at all times relevant to this action was a resident of the City of Clearwater, State of Florida.

4. Defendant, APS EXPRESS, INC., is and at all times relevant to this action was a for profit corporation, incorporated and doing business in the City of Clearwater, State of Florida.

5. At all times herein mentioned, the defendant, THOMAS CLIFTON BEASLEY, was the owner of a 2001 Freightliner Truck, VIN 1FUYDSZB11LH23018 motor vehicle and bearing Florida State license plate number A99-39N.

6. At all times herein mentioned, the defendant, APS EXPRESS, INC., was the owner of a motor vehicle bearing Florida State license plate number A99-39N.

7. At all times herein mentioned, the defendant, THOMAS CLIFTON BEASLEY, was the operator of the aforesaid motor vehicle.

8. At all times herein mentioned, the defendant THOMAS CLIFTON BEASLEY operated the aforesaid motor vehicle, with the permission, express or implied, of the owner.

9. At all times herein mentioned, Plaintiff, INDRANIE SANICHAR was a passenger in a motor vehicle bearing New York State license plate number CJP-6344.

10. At all times herein mentioned, Interstate-95, was a public highway.

11. On May 3, 2004, the front end of the vehicle operated by the defendant THOMAS CLIFTON BEASLEY collided with rear end of the vehicle occupied by the plaintiff, INDRANIE SANICHAR., while traveling north on Interstate 95, in the state of North Carolina.

12. The aforesaid occurrence and injuries resulting therefrom were caused solely by the negligence and statutory violations of the defendants, their agents, servants, employees and/or licensees, without any negligence on the part of the plaintiff contributing thereto.

13. As a result of the foregoing, the plaintiff, INDRANIE SANICHAR, was caused to sustain severe and permanent personal injuries.

14. As a result of the foregoing, the plaintiff, INDRANIE SANICHAR, was rendered sick, sore, lame and disabled, was seriously and permanently injured, has suffered injuries both internal and external, pain and mental anguish, was compelled to seek care and attention and, upon information and belief, will in the future be compelled to seek care and attention; was prevented from following his/her usual vocation and/or avocation, and was otherwise injured and damaged.

15. As a result of the foregoing, the plaintiff, INDRANIE SANICHAR, was caused to sustain economic damages in the form of lost earnings.

## AS AND FOR PLAINTIFF's CAUSE OF ACTION AGAINST DEFENDANTS

16. Plaintiff repeats, reiterates and realleges each and every allegation contained in the paragraphs of the Complaint designated "1" through "18" inclusive with the same force and effect as though said paragraphs were more fully and completely set forth at length herein.

17. Defendants negligently failed to maintain, control, and/or operate said motor vehicle thereby proximately causing the plaintiff's physical and economic damages. As a result of the foregoing, defendants is liable for compensatory damages.

**WHEREFORE**, judgment is respectfully demanded:

1. Awarding as against the named defendants on Plaintiff's cause of action damages in the amount of $3,000,000.00; and

2. For such other and further relief as the Court deems just and proper.

Dated: New York, New York
January 25, 2006

Sumeet Kaul, Esquire
Florida Bar #:905682
Associated Local Counsel for Plaintiff
MORGAN & MORGAN, P.A.
101 East Kennedy Blvd., Suite 1790
Tampa, Florida 33602
Telephone: (813)223-5505
Facsimile: (813)223-5402

Andrew M. Laskin, Esquire
(AL9379)
Attorney for Plaintiff
SCHWARTZAPFEL, NOVICK,
TRUHOWSKY & MARCUS, P.C.
45 West 45th Street, Penthouse
New York, New York 10036
Telephone: (212)921-4500
Facsimile: (212)921-4999