*AO 450 (Rev. 5/85) Judgment in a Civil Case*
================================================================================
================================================================================

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

## *JUDGMENT IN A CIVIL CASE*

**INDRANIE SANICHAR,**

    Plaintiff,

v.                                                    CASE NUMBER: 8:06-cv-226-T-TBM

**THOMAS CLIFTON BEASLEY and
APS EXPRESS, INC.,**

    **Defendant.**

    **THIS CAUSE** came before the court for trial by jury. The issues have been tried and a jury has rendered its verdict.

    **IT IS ORDERED AND ADJUDGED** that final judgment be entered in favor of the Plaintiff, Indranie Sanichar, in the amount of $1,793,000. Court reserves jurisdiction on the matter of fees, if any, and costs.

April 5, 2007

                                      **SHERYL L. LOESCH,**

                          BY *[signature]*
                                Deputy Clerk